IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| **MINER, LTD.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:19-CV-00722 |
| | § | |
| **JAMES KECK and DURASERV** | § | JURY TRIAL DEMANDED |
| **CORP D/B/A SOUTHERN DOCK** | § | |
| **PRODUCTS,** | § | |
| | § | |
| **Defendants.** | § | |

**PLAINTIFF MINER, LTD.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

  a. Plaintiff, Miner, Ltd.

  b. Material Handling Services, LLC, parent company of Miner, Ltd.

  c. Miner Equipment, LLC, a subsidiary of Miner, Ltd.

  d. Miner Central Texas GP, LLC, a subsidiary of Miner, Ltd.

  e. Miner Central Texas, Ltd., a subsidiary of Miner, Ltd.

  f. Miner Houston GP, LLC, a subsidiary of Miner, Ltd.

  g. Miner Houston, Ltd., a subsidiary of Miner, Ltd.

  h. Miner Florida, Ltd., a subsidiary of Miner, Ltd.

    i. Miner Florida GP, LLC, a subsidiary of Miner, Ltd.

    j. Miner North Texas GP, LLC, a subsidiary of Miner, Ltd.

    k. Miner North Texas, Ltd., a subsidiary of Miner, Ltd.

    l. Miner El Paso, Ltd., a subsidiary of Miner, Ltd.

    m. Miner El Paso GP, LLC, a subsidiary of Miner, Ltd.

    n. Miner Southwest, LLC, a subsidiary of Miner, Ltd.

    o. Richard J. McCrea, Jr., Attorney for Plaintiff

    p. M. Allyson Lumpkin, Attorney for Plaintiff

    q. Mitchell A. Robinson, Attorney for Plaintiff

    r. David Long-Daniels, Attorney for Plaintiff

    s. Greenberg Traurig, LLP, firm representing Plaintiff
Terminus 200
3333 Piedmont Road NE
Suite 2500
Atlanta, Georgia 30305

    t. Greenberg Traurig, P.A., firm representing Plaintiff
101 East Kennedy Boulevard
Suite 1900
Tampa, Florida 33602

    u. Defendant James Keck

    v. Defendant Duraserv Corp d/b/a Southern Dock Products

    w. Rogge Dunn, Attorney representing Defendants

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    a.    Plaintiff is not aware of any other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings other than those identified above in section 1.

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    a.    Plaintiff is not aware of any other entity which is likely to be an active participant in the proceedings other than those identified above in section 1.

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    a.    Plaintiff, Miner, Ltd.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted this 6th day of May, 2019.

/s/ Richard C. McCrea, Jr.
Richard C. McCrea, Jr.
Florida Bar No. 351539
mccrear@gtlaw.com

**GREENBERG TRAURIG, P.A.**
101 E. Kennedy Boulevard
Suite 1900
Tampa, Florida 33602
Telephone: (813) 318-5700
Facsimile: (813) 318-5900

David W. Long-Daniels
Georgia Bar No. 141916
long-danielsd@gtlaw.com
Mitchell A. Robinson
Georgia Bar No. 457655
robinsonma@gtlaw.com
M. Allyson Lumpkin
Georgia Bar No. 640757

lumpkinal@gtlaw.com

**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-7326
Facsimile: (678) 553-7327

*Attorneys for Plaintiff Miner, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 6th day of May, 2019 filed a copy of the foregoing **PLAINTIFF MINER, LTD.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the e-Filing Portal System and will serve the same via U.S. mail to the following:

*James Keck*
*2864 Cedar Crest Drive*
*Apopka, Florida 32712*

CT Corporation System
1999 Bryan Street
Suite 900
Dallas, TX 75201
*Registered Agent for Duraserv Corp.*